**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF CONNECTICUT

Case number *(if known)* _____    Chapter    **11**

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Affinity Healthcare Management, Inc.** |
| 2. | **All other names debtor used in the last 8 years**  Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **13-3680070** |
| 4. | **Debtor's address** | **Principal place of business**  **1781 Highland Avenue, Suite 206 Cheshire, CT 06410** Number, Street, City, State & ZIP Code  **New Haven** County | **Mailing address, if different from principal place of business**  P.O. Box, Number, Street, City, State & ZIP Code  **Location of principal assets, if different from principal place of business**  Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  ☐ Partnership  ☐ Other. Specify: _____ |

Official Form 201                **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                page 1

Debtor  **Affinity Healthcare Management, Inc.**  Case number (*if known*)
　　　　Name

**7. Describe debtor's business**

A. *Check one:*

- ■ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53AB))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☐ None of the above

B. *Check all that apply*

- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80a-3)

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/.

**6231**

**8. Under which chapter of the Bankruptcy Code is the Debtor filing?**

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check all that apply*:
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operation, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- ☐ No.
- ■ Yes.

District **Connecticut**   When **10/14/08**   Case number **08-22175**
District _____   When _____   Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

- ☐ No
- ■ Yes.

Debtor **See Attachment**           Relationship to you _____
District _____   When _____   Case number, if known _____

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 2

Debtor **Affinity Healthcare Management, Inc.**                                              Case number (*if known*)_____
      Name

| | | |
|---|---|---|
| **11.** | **Why is the case filed in *this district*?** | *Check all that apply:*<br>■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>■ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12.** | **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ■ No<br>☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br>**Why does the property need immediate attention?** (*Check all that apply.*)<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>    What is the hazard?  _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other  _____<br>**Where is the property?**  _____<br>    Number, Street, City, State & ZIP Code<br>**Is the property insured?**<br>☐ No<br>☐ Yes.  Insurance agency  _____<br>        Contact name  _____<br>        Phone  _____ |

■ **Statistical and administrative information**

| | | |
|---|---|---|
| **13.** | **Debtor's estimation of available funds** | .  *Check one:*<br>■ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available to unsecured creditors. |
| **14.** | **Estimated number of creditors** | ■ 1-49      ☐ 1,000-5,000      ☐ 25,001-50,000<br>☐ 50-99     ☐ 5001-10,000     ☐ 50,001-100,000<br>☐ 100-199   ☐ 10,001-25,000    ☐ More than100,000<br>☐ 200-999 |
| **15.** | **Estimated Assets** | ☐ $0 - $50,000           ☐ $1,000,001 - $10 million      ☐ $500,000,001 - $1 billion<br>■ $50,001 - $100,000      ☐ $10,000,001 - $50  million    ☐ $1,000,000,001 - $10 billion<br>☐ $100,001 - $500,000     ☐ $50,000,001 - $100 million    ☐ $10,000,000,001 - $50 billion<br>☐ $500,001 - $1 million   ☐ $100,000,001 - $500 million   ☐ More than $50 billion |
| **16.** | **Estimated liabilities** | ☐ $0 - $50,000           ☐ $1,000,001 - $10 million      ☐ $500,000,001 - $1 billion<br>☐ $50,001 - $100,000      ☐ $10,000,001 - $50  million    ☐ $1,000,000,001 - $10 billion<br>☐ $100,001 - $500,000     ☐ $50,000,001 - $100 million    ☐ $10,000,000,001 - $50 billion<br>■ $500,001 - $1 million   ☐ $100,000,001 - $500 million   ☐ More than $50 billion |

Debtor **Affinity Healthcare Management, Inc.**     Case number (*if known*) _____
Name

## Request for Relief, Declaration, and Signature

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **January 13, 2016**
MM / DD / YYYY

**X /s/ Benjamin Fischman**        **Benjamin Fischman**
Signature of authorized representative of debtor     Printed name

Title    **President**

**18. Signature of attorney**

**X /s/ Elizabeth J. Austin**        Date **January 13, 2016**
Signature of attorney for debtor     MM / DD / YYYY

**Elizabeth J. Austin**
Printed name

**Pullman & Comley, LLC**
Firm name

**850 Main Street**
**8th Floor**
**Bridgeport, CT 06604**
Number, Street, City, State & ZIP Code

Contact phone **203-330-2000**     Email address **eaustin@pullcom.com**

**ct04384**
Bar number and State

Debtor **Affinity Healthcare Management, Inc.**     Case number (*if known*) _____
       Name

| | | |
|---|---|---|
| **Fill in this information to identify your case:** | | |
| Debtor 1 | **Benjamin Fischman** | |
| | First Name    Middle Name    Last Name | |
| Debtor 2 (Spouse if, filing) | First Name    Middle Name    Last Name | |
| United States Bankruptcy Court for the: | DISTRICT OF CONNECTICUT | |
| Case number (if known) | | ☐ Check if this is an amended filing |

## FORM 101. VOLUNTARY PETITION

### Pending Bankruptcy Cases Attachment

| | | | | | |
|---|---|---|---|---|---|
| Debtor | **Health Care Alliance, Inc.** | | | Relationship to you | **Affiliate** |
| District | **Connecticut** | When | **1/13/16** | Case number, if known | |
| Debtor | **Health Care Assurance, L.L.C.** | | | Relationship to you | **Affiliate** |
| District | **Connecticut** | When | **1/13/16** | Case number, if known | |
| Debtor | **Health Care Investors, Inc.** | | | Relationship to you | **Affiliate** |
| District | **Connecticut** | When | **1/13/16** | Case number, if known | |
| Debtor | **Health Care Reliance, L.L.C.** | | | Relationship to you | **Affiliate** |
| District | **Connecticut** | When | **1/13/16** | Case number, if known | |

Fill in this information to identify the case:
Debtor name: **Affinity Healthcare Management, Inc.**
United States Bankruptcy Court for the: **DISTRICT OF CONNECTICUT**
Case number (if known):

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders  12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Woodgreen Cheshire Attn: Officer, General or Managing Agent 6515 Main St #12 Trumbull, CT 06611 | | | | | | $7,401.52 |
| Frontier Communications Attn: Officer, General or Managing Agent 200 State St New London, CT 06320 | | | | | | $2,480.74 |
| Achy, Inc. Attn: Officer, General or Managing Agent 1781 Highland Ave Cheshire, CT 06410 | | | | | | $2,199.70 |
| FedEx Attn: Officer, General or Managing Agent 942 S Shady Grove Rd Memphis, TN 38120 | | | | | | $2,113.26 |
| Matrixcare Attn: Officer, General or Managing Agent 10900 Hampshire Ave S #100 Minneapolis, MN 55438 | | | | | | $1,986.40 |

Debtor **Affinity Healthcare Management, Inc.**         Case number *(if known)*
     Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Mpression Marketing Group<br>Attn: Officer, General or Managing Agent<br>963 Queen St, Unit F<br>Southington, CT 06489 | | | | | | $1,978.58 |
| Eyemed Vision Care Consulting<br>Attn: Officer, General or Managing Agent<br>74 Bidwell St<br>Glastonbury, CT 06033 | | | | | | $905.04 |
| Joseph Vitale, Esq.<br>5757 Highland Ave<br>Cheshire, CT 06410 | | | | | | $865.00 |
| Shred-It Connecticut<br>Attn: Officer, General or Managing Agent<br>29 Diana Court<br>Cheshire, CT 06410 | | | | | | $625.92 |
| ADP<br>Attn: Officer, General or Managing Agent<br>One ADP Blvd<br>Roseland, NJ 07068 | | | | | | $553.24 |
| Dental Benefit Management<br>c/o Benecare Dental Plans<br>Attn: Officer, General or Managing Agent<br>615 Chestnut St<br>Philadelphia, PA 19106 | | | | | | $443.00 |
| Ceridian Benefit Services<br>Attn: Officer, General or Managing Agent<br>3201 34th Street South<br>Saint Petersburg, FL 33711 | | | | | | $296.34 |

Debtor **Affinity Healthcare Management, Inc.**   Case number *(if known)* _____
       Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Premier Computer Solutions, LLC** Attn: Officer, General or Managing Agent 402 Highland Avenue Cheshire, CT 06410 | | | | | | $244.99 |
| **ACHCA-CT Chapter** Attn: Officer, General or Managing Agent 111 Founders Plaza Suite 1002 East Hartford, CT 06108 | | | | | | $240.00 |
| **AT&T Mobility** Attn: Officer, General or Managing Agent 140 Glastonbury Blvd #36 Glastonbury, CT 06033 | | | | | | $200.43 |
| **Neopost Northeast** Attn: Officer, General or Managing Agent 30 Batterson Park Road, Ste 100 Farmington, CT 06032-1000 | | | | | | $186.11 |
| **Neofunds by Neopost** Attn: Officer, General or Managing Agent 4913 W Laurel St Tampa, FL 33607 | | | | | | $178.93 |
| **Colonial Life** Attn: Officer, General or Managing Agent 1215 Averyt Ave Columbia, SC 29210 | | | | | | $171.00 |
| **Durant, Nichols, Houston** Attn: Officer, General or Managing Agent 1057 Broad St Bridgeport, CT 06604 | | | | | | $38.00 |

```
ACHCA-CT Chapter
Attn: Officer, General or Managing Agent
111 Founders Plaza Suite 1002
East Hartford, CT 06108


Achy, Inc.
Attn: Officer, General or Managing Agent
1781 Highland Ave
Cheshire, CT 06410


ADP
Attn: Officer, General or Managing Agent
One ADP Blvd
Roseland, NJ 07068


AT&T Mobility
Attn: Officer, General or Managing Agent
140 Glastonbury Blvd #36
Glastonbury, CT 06033


Benjamin Fischman
250 Central Ave #301
Lawrence, NY 11559


Ceridian Benefit Services
Attn: Officer, General or Managing Agent
3201 34th Street South
Saint Petersburg, FL 33711


Colonial Life
Attn: Officer, General or Managing Agent
1215 Averyt Ave
Columbia, SC 29210


Dental Benefit Management
c/o Benecare Dental Plans
Attn: Officer, General or Managing Agent
615 Chestnut St
Philadelphia, PA 19106


Durant, Nichols, Houston
Attn: Officer, General or Managing Agent
1057 Broad St
Bridgeport, CT 06604
```

```
Eyemed Vision Care Consulting
Attn: Officer, General or Managing Agent
74 Bidwell St
Glastonbury, CT 06033


FedEx
Attn: Officer, General or Managing Agent
942 S Shady Grove Rd
Memphis, TN 38120


Frontier Communications
Attn: Officer, General or Managing Agent
200 State St
New London, CT 06320


Internal Revenue Service
135 High Street
Stop 155
Hartford, CT 06103


Joseph Vitale, Esq.
5757 Highland Ave
Cheshire, CT 06410


Matrixcare
Attn: Officer, General or Managing Agent
10900 Hampshire Ave S #100
Minneapolis, MN 55438


Mpression Marketing Group
Attn: Officer, General or Managing Agent
963 Queen St, Unit F
Southington, CT 06489


Neofunds by Neopost
Attn: Officer, General or Managing Agent
4913 W Laurel St
Tampa, FL 33607


Neopost Northeast
Attn: Officer, General or Managing Agent
30 Batterson Park Road, Ste 100
Farmington, CT 06032-1000
```

```
Premier Computer Solutions, LLC
Attn: Officer, General or Managing Agent
402 Highland Avenue
Cheshire, CT 06410


Revenue Management Solutions, LLC
c/o Healthcare Management Solutions, Inc
Attn: Frank Galluzzo
8 Research Parkway
Wallingford, CT 06492


Shred-It Connecticut
Attn: Officer, General or Managing Agent
29 Diana Court
Cheshire, CT 06410


State of Connecticut
Department of Labor
200 Folly Brook Blvd
Wethersfield, CT 06109


State of Connecticut
Health & Human Services
410 Capital Avenue
Hartford, CT 06106


Stephen Kindseth, Esq.
Zeisler & Zeisler, PC
10 Middle St, 15th Floor
Bridgeport, CT 06604


Town of Cheshire
Attn: Tax Collector
84 South Main Street
Cheshire, CT 06410


Woodgreen Cheshire
Attn: Officer, General or Managing Agent
6515 Main St #12
Trumbull, CT 06611
```

# United States Bankruptcy Court
### District of Connecticut

In re   **Affinity Healthcare Management, Inc.**                                   Case No.
                                        Debtor(s)                                  Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Affinity Healthcare Management, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| **January 13, 2016** | **/s/ Elizabeth J. Austin** |
| Date | **Elizabeth J. Austin ct04384** |
| | Signature of Attorney or Litigant |
| | Counsel for   **Affinity Healthcare Management, Inc.** |
| | **Pullman & Comley, LLC** |
| | **850 Main Street** |
| | **8th Floor** |
| | **Bridgeport, CT 06604** |
| | **203-330-2000 Fax:203-576-8888** |
| | **eaustin@pullcom.com** |