**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**NEW HAVEN DIVISION**

---------------------------------------------------------------X
In re:                                                                                     Chapter 11

AFFINITY HEALTHCARE MANAGEMENT,                     Case Number: 16-30043(JAM)
INC.,

                         Debtor.
---------------------------------------------------------------X

In re:                                                                                     Chapter 11

HEALTH CARE INVESTORS, INC. d/b/a                        Case Number: 16-30044(JAM)
ALEXANDRIA MANOR,

                         Debtor.
---------------------------------------------------------------X
In re:                                                                                     Chapter 11

HEALTH CARE ALLIANCE, INC.                                    Case Number: 16-30045(JAM)
d/b/a BLAIR MANOR,

                         Debtor.
---------------------------------------------------------------X
In re:                                                                                     Chapter 11

HEALTH CARE ASSURANCE, LLC                               Case Number: 16-30046(JAM)
d/b/a DOUGLAS MANOR,

                         Debtor.
---------------------------------------------------------------X
In re:                                                                                     Chapter 11

HEALTH CARE RELIANCE, LLC                                  Case Number: 16-33047(JAM)
d/b/a ELLIS MANOR,

                         Debtor.
---------------------------------------------------------------X

**NOTICE OF APPEARANCE, REQUEST FOR ALL NOTICES,**
**AND DEMAND FOR SERVICE OF ALL PLEADINGS AND FILINGS**

     PLEASE TAKE NOTICE that the undersigned hereby enters an appearance on behalf of,

**Revenue Management Solutions, LLC**, a creditor in the above captioned and numbered Chapter

11 bankruptcy cases, as attorney for such party, and hereby requests notice of all hearings and conferences in such cases and makes demand for service of copies all pleadings, filings, notices, and other actions and papers pursuant to Fed. R. Bankr. P. 2002 and 9010(b), and Bankruptcy Local Rule 2002. All such notices should be addressed as follows:

Stephen M. Kindseth
Zeisler & Zeisler, P.C.
10 Middle Street, 15th Floor
Bridgeport, CT 06604
Telephone: 203-368-4234
Fax: 203-367-9678
Email: skindseth@zeislaw.com

PLEASE NOTE FURTHER that the foregoing request and demand includes not only the notices, pleadings, filings, and papers referred to in the above-referenced Bankruptcy Rules, but also includes, without limitation, any and all plans, letters, correspondence, applications, motions, complaints, objections, claims, demands, hearing, notices, or requests, whether formal or informal, whether oral or in writing, which may be filed, submitted, transmitted, or conveyed to the Bankruptcy Clerk, Bankruptcy Court, or Bankruptcy Judge (as such terms are used and defined in Bankruptcy Rule 9001) in connection with this bankruptcy case and any proceedings related thereto or arising therefrom.

Dated at Bridgeport, Connecticut, this 13th day of January, 2016.

REVENUE MANAGEMENT SOLUTIONS, LLC

By: _/s/ Stephen M. Kindseth_
   Stephen M. Kindseth (ct14640)
   ZEISLER & ZEISLER, P.C.
   10 Middle Street, 15th Floor
   Bridgeport, CT  06604
   Tel: (203) 368-4234
   Fax: (203) 549-0903
   Email: skindseth@zeislaw.com
   His attorney

## **CERTIFICATE OF SERVICE**

This is to certify that a copy of the Notice of Appearance, Request For All Notices, and Demand For Service of All Pleadings and Filings concerning the above-captioned chapter 11 cases was served via the Court's electronic CM/ECF system on January 13, 2016 on the following:

Elizabeth J. Austin          eaustin@pullcom.com, rmccoy@pullcom.com

U. S. Trustee                USTPRegion02.NH.ECF@USDOJ.GOV

Dated at Bridgeport, Connecticut, this 13th day of January, 2016.

                                                                */ s / Stephen M. Kindseth*
                                                            Stephen M. Kindseth (ct14640)