EXHIBIT A TO Case 16-30043    Doc 16    Filed 01/14/16    Entered 01/14/16 14:48:23    Desc Main
ORDER (A) APPROVING SALE OF PROVIDER ACCOUNTS RECEIVABLE TO REVENUE MANAGEMENT SOLUTIONS, LLC PURSUANT TO SECTIONS 363(B) AND (F) Document      Page 1 of 1
OF THE BANKRUPTCY CODE; (B) GRANTING FIRST-PRIORITY SECURITY INTERESTS ON PURCHASED ACCOUNTS; (C) AUTHORIZING INDEBTEDNESS WITH
ADMINISTRATIVE SUPER-PRIORITY AND SECURED BY LIENS ON AND SECURITY INTERESTS IN NON-PURCHASED ACCOUNTS AND ON ALL OTHER ASSETS OF THE
PROVIDERS PURSUANT TO SECTIONS 364(C) AND (D) OF THE BANKRUPTCY CODE; (D) AUTHORZING USE OF CASH COLLATERAL AND (E) GRANTING RELATED RELIEF

Affinity Health Care Mgt
Cash Flow Schedule
DRAFT #1

| Facility | Week 1 | Week 2 | Week 3 | Week 4 | Week 5 | Week 6 | Week 7 | Week 8 | Week 9 | Week 10 | Week 11 | Week 12 | Week 13 | Week 14 | Week 15 | Week 16 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1/15/16 3 days this week | 1/22/2016 | 1/29/2016 | 2/5/2016 | 2/12/2016 | 2/19/2016 | 2/26/2016 | 3/4/2016 | 3/11/2016 | 3/18/2016 | 3/25/2016 | 4/1/2016 | 4/8/2016 | 4/15/2016 | 4/22/2016 | 4/29/2016 |
| Weekly Fundings from Factor/Financing Company: | | | | | | | | | | | | | | | | |
| 1/5/2015 | | | | | | | | | | | | | | | | |
| 1/12/2015 | 410,000 | 426,000 | 428,000 | 429,000 | 433,000 | 433,000 | 433,000 | 433,000 | 441,660 | 441,660 | 441,660 | 441,660 | 441,660 | 441,660 | 441,660 | 441,660 |
| 1/19/2015 | | | | | | | | | | | | | | | | |
| 1/26/2015 | | | | | | | | | | | | | | | | |
| Total Weekly Funding | 410,000 | 426,000 | 428,000 | 429,000 | 433,000 | 433,000 | 433,000 | 433,000 | 441,660 | 441,660 | 441,660 | 441,660 | 441,660 | 441,660 | 441,660 | 441,660 |
| Insuarance Release | | | 275,000 | | | | 275,000 | | | | 275,000 | | | | | 275,000 |
| 20% Release | | 164,700 | | - | 275,000 | | | | 375,000 | | | | | 375,000 | | |
| minus State of Ct Recoupments | | | | | | | | | | | | | | | | |
| Total Funding from Factor/Finance Co. | 410,000 | 590,700 | 703,000 | 429,000 | 708,000 | 433,000 | 708,000 | 433,000 | 816,660 | 441,660 | 716,660 | 441,660 | 441,660 | 816,660 | 441,660 | 716,660 |
| Misc Deposits | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 |
| Private Pay | 30,000 | 105,000 | 105,000 | 135,000 | 120,000 | 115,000 | 95,000 | 140,000 | 125,000 | 115,000 | 100,000 | 140,000 | 125,000 | 115,000 | 100,000 | 50,000 |
| Applied Income | | 5,000 | | 130,000 | 8,000 | 5,000 | | 135,000 | 8,000 | 5,000 | | 135,000 | 8,000 | 5,000 | | |
| (2) Total Receipts | 440,250 | 700,950 | 808,250 | 694,250 | 836,250 | 553,250 | 803,250 | 708,250 | 949,910 | 561,910 | 816,910 | 716,910 | 574,910 | 936,910 | 541,910 | 766,910 |
| Cash Disbursements: | | | | | | | | | | | | | | | | |
| Salary and Wages-Gross | 341,000 | 341,000 | 355,000 | 330,000 | 327,000 | 360,750 | 325,000 | 320,000 | 320,000 | 320,000 | 320,000 | 351,500 | 309,700 | 309,700 | 309,700 | 309,700 |
| Taxes | 26,087 | 26,087 | 27,158 | 25,245 | 25,016 | 27,597 | 24,863 | 24,480 | 24,480 | 24,480 | 24,480 | 26,890 | 23,692 | 23,692 | 23,692 | 23,692 |
| Accounts Payable Checks | 25,000 | 75,000 | 50,000 | 86,000 | 75,000 | 75,000 | 75,000 | 111,000 | 75,000 | 75,000 | 75,000 | 111,000 | 75,000 | 75,000 | 75,000 | 75,000 |
| Therapy Vendor | 56,000 | 40,000 | 50,000 | 50,000 | 40,000 | 50,000 | 40,000 | 50,000 | 40,000 | 50,000 | 40,000 | 50,000 | 40,000 | 50,000 | 40,000 | 50,000 |
| Pharmacy payments via wire | - | 28,901 | 28,901 | 28,901 | 28,901 | 28,901 | 28,901 | 28,901 | 28,901 | 28,901 | 28,901 | 46,000 | 46,000 | 46,000 | 46,000 | 46,000 |
| Provider tax | - | 46,000 | 46,000 | 46,000 | 46,000 | 46,000 | 46,000 | 46,000 | 46,000 | 46,000 | 46,000 | 46,009 | 46,010 | 46,011 | 46,012 | 46,013 |
| Health Insurance | | | 135,000 | 140,000 | - | - | 120,000 | 140,000 | - | - | 120,000 | 140,000 | - | - | - | 120,000 |
| Unemployment Tax | | | | 30,000 | | | | | | | | | | | | |
| Additonal Provider Tax Payment | | | | | 50,000 | | | | 50,000 | | | | 50,000 | | | |
| *Management Company Expenses | 24,750 | 24,750 | 24,750 | 24,750 | 24,750 | 24,750 | 24,750 | 24,750 | 24,750 | 24,750 | 24,750 | 24,750 | 24,750 | 24,750 | 24,750 | 24,750 |
| Workers Compensation Insurance | - | 31,750 | 15,875 | 15,875 | 15,875 | 15,875 | 15,875 | 15,875 | 15,875 | 15,875 | 15,875 | 15,875 | 15,875 | 15,875 | 15,875 | 15,875 |
| Working Capital Interest | | 35,000 | | | 35,000 | | | | 35,000 | | | | | 35,000 | | |
| Billing/AR Processing | | 29,700 | | | 29,700 | | | | 29,700 | | | | | 29,700 | | |
| US Trustee fees | | | | | | | | | | | | | 18,400 | | | |
| Professional fees | | | | | | | | | | | | | | | | |
| Mortgage Payment thur Realty Co. | | | | | | 100,000 | | | | 150,000 | | | | | 200,000 | |
| (3) Total Disbursements | 472,837 | 678,188 | 732,684 | 776,771 | 797,242 | 628,873 | 700,389 | 761,006 | 839,706 | 585,006 | 695,006 | 812,024 | 649,427 | 855,728 | 581,029 | 711,030 |
| Monthly Cash Surplus/(Shortfall) | (32,587) | 22,763 | 75,567 | (82,521) | 39,009 | (75,623) | 102,862 | (52,756) | 110,204 | (23,096) | 121,904 | (95,114) | (74,517) | 81,182 | (39,119) | 55,880 |
| Beginning Cash Balance | 75,000 | 42,414 | 65,176 | 140,743 | 58,222 | 97,230 | 21,607 | 124,468 | 71,712 | 181,916 | 158,820 | 280,724 | 185,610 | 111,093 | 192,275 | 153,156 |
| Ending Cash Balance 8/31/2015 | 42,414 | 65,176 | 140,743 | 58,222 | 97,230 | 21,607 | 124,468 | 71,712 | 181,916 | 158,820 | 280,724 | 185,610 | 111,093 | 192,275 | 153,156 | 209,036 |

*Management company expenses are salary/benefits for accounting staff and owners and is a direct pass through at cost. (no profit)

| | Week 1 | Week 2 | Week 3 | Week 4 | Week 5 | Week 6 | Week 7 | Week 8 | Week 9 | Week 10 | Week 11 | Week 12 | Week 13 | Week 14 | Week 15 | Week 16 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Salary and Wages | 326,000 | 326,000 | 370,000 | 326,000 | 326,000 | 370,000 | 326,000 | 326,000 | 326,000 | 326,000 | 326,000 | 370,000 | 326,000 | 326,000 | 326,000 | 326,000 |
| Salary and Wages reduction | 0.00% | 0.00% | 0.00% | 2.50% | 2.50% | 2.50% | 2.50% | 5.00% | 5.00% | 5.00% | 5.00% | 5.00% | 5.00% | 5.00% | 5.00% | 5.00% |
| Salary and Wages savings | - | - | - | 8,150.00 | 8,150.00 | 9,250.00 | 8,150.00 | 16,300.00 | 16,300.00 | 16,300.00 | 16,300.00 | 18,500.00 | 16,300.00 | 16,300.00 | 16,300.00 | 16,300.00 |
| Adjusted SW | 326,000.00 | 326,000.00 | 370,000.00 | 317,850.00 | 317,850.00 | 360,750.00 | 317,850.00 | 309,700.00 | 309,700.00 | 309,700.00 | 309,700.00 | 351,500.00 | 309,700.00 | 309,700.00 | 309,700.00 | 309,700.00 |