**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**NEW HAVEN DIVISION**

---------------------------------------------------------------X
In re:                                                          Chapter 11

AFFINITY HEALTHCARE MANAGEMENT,                                 Case Number: 16-30043(JAM)
INC.,

                    Debtor.
---------------------------------------------------------------X
In re:
                                                        Chapter 11

HEALTH CARE INVESTORS, INC. d/b/a
ALEXANDRIA MANOR,                                               Case Number: 16-30044(JAM)

                    Debtor.
---------------------------------------------------------------X
In re:
                                                        Chapter 11

HEALTH CARE ALLIANCE, INC.
d/b/a BLAIR MANOR,                                              Case Number: 16-30045(JAM)

                    Debtor.
---------------------------------------------------------------X
In re:
                                                        Chapter 11

HEALTH CARE ASSURANCE, LLC
d/b/a DOUGLAS MANOR,                                            Case Number: 16-30046(JAM)

                    Debtor.
---------------------------------------------------------------X
In re:
                                                        Chapter 11

HEALTH CARE RELIANCE, LLC
d/b/a ELLIS MANOR,                                              Case Number: 16-33047(JAM)

                    Debtor.
---------------------------------------------------------------X

## ORDER DIRECTING JOINT ADMINISTRATION
## AND PROCEDURAL CONSOLIDATION

Upon consideration of the motion (the "Motion")[1] of Affinity Healthcare Management, Inc. ("Affinity"), Health Care Investors, Inc., d/b/a Alexandria Manor ("Alexandria"), Health Care Alliance, Inc. d/b/a Blair Manor ("Blair"), Health Care Assurance, LLC d/b/a Douglas Manor ("Douglas"), Health Care Reliance, LLC d/b/a Ellis Manor ("Ellis") (collectively, the "Debtors"), debtors and debtors in possession, seeking an order directing joint administration and procedural consolidation of their pending Chapter 11 cases; and it appearing that the relief requested is in the best interests of the Debtors, their creditors, and all parties-in-interest; and it appearing that the Court has jurisdiction to consider the Motion; and it appearing that due and appropriate notice of the Motion has been given under the circumstances of these cases; and it appearing that no other or future notice need be provided; and upon the Motion and all of the proceedings before the Court; and after due deliberation; and good and sufficient cause appearing therefor; it is hereby

**ORDERED**, that the Motion is **GRANTED** to the extent provided herein; and it is further

**ORDERED**, that for the reasons set forth in the Motion the above-captioned cases shall be procedurally consolidated and jointly administered by this Court; and it is further

**ORDERED**, that nothing contained in this Order shall be deemed or construed as directing or otherwise affecting the substantive consolidation of any of the Chapter 11 cases; and it is further

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

2

**ORDERED**, that the caption of the jointly administered Chapter 11 cases shall be as follows:

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**NEW HAVEN DIVISION**

| | | |
|---|---|---|
| In re: | x : | Chapter 11 |
| AFFINITY HEALTH CARE MANAGEMENT, INC., *et al*,[2] | : : : | Case No. 16-30043 (JAM) |
| | : | (Jointly Administered) |
| Debtors | : : | |
| | x | |

and it is further

**ORDERED**, that docket entries shall be made in the Affiliates' cases substantially as follows:

> "An order has been entered this case directing procedural consolidation and joint administration of this case with the Chapter 11 bankruptcy se of Affinity Healthcare Management, Inc. *el al*., No. 16-30043 (JAM). The docket for Affinity Healthcare Management, Inc., *et al.* should be consulted for all matters affecting this case.

Dated: 1/15/2016                    BY THE COURT

*Julie A. Manning*
Julie A. Manning
Chief United States Bankruptcy Judge

---

[2] Affinity Health Care Management, Inc., Case No. 16-30043, Health Care Investors, Inc. d/b/a Alexandria Manor, Case No. 16-30044, Health Care Alliance, Inc. d/b/a Blair Manor, Case No. 16-30045, Health Care Assurance, L.L.C. d/b/a Douglas Manor, Case No. 16-30046, and Health Care Reliance, L.L.C. d/b/a Ellis Manor, Case No. 16-30047.

3