**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**HARTFORD DIVISION**

---

**In re:**

**AFFINITY HEALTH CARE MANAGEMENT, INC.**, *et al*,[1]

**Debtors.**

Chapter 11

Case No. 16-30043(JAM)

(Jointly Administered)

---

**EX PARTE MOTION FOR AN ORDER DIRECTING
THE UNITED STATES TRUSTEE TO APPOINT A PATIENT CARE OMBUDSMAN IN HEALTH CARE INVSETORS, INC. d/b/a ALEXANDRIA MANOR, CASE NO. 16-30044, HEALTH CARE ALLIANCE, INC. d/b/a/ BLAIR MANOR, CASE NO. 16-30045, HEALTH CARE ASSURANCE, LLC d/b/a DOUGLAS MANOR, CASE NO. 16-30046, AND HEALTH CARE RELIANCE, LLC d/b/a ELLIS MANOR, CASE NO. 16-30047**

William K. Harrington, the United States Trustee for Region 2 (the "United States Trustee") requests that the Court enter an order directing him to appoint a Patient Care Ombudsman ("Ombudsman") in the following cases: Health Care Investors, Inc. d/b/a Alexandria Manor, Case No. 16-30044, Health Care Alliance, Inc. d/b/a Blair Manor, Case No. 16-30045, Health Care Assurance, LLC d/b/a/ Douglas Manor, Case No. 16-30046, and Health Care Reliance, LLC d/b/a Ellis Manor, Case No. 16-30047. In support of his motion, the United States Trustee, through his undersigned counsel, states the following:

---

[1] Affinity Health Care Management, Inc., Case No. 16-30043, Health Care Investors, Inc. d/b/a Alexandria Manor, Case No. 16-30044, Health Care Alliance, Inc. d/b/a Blair Manor, Case No. 16-30045, Health Care Assurance, L.L.C. d/b/a/ Douglas Manor, Case No. 16-30046, and Health Care Reliance, L.L.C. d/b/a Ellis Manor, Case No. 16-30047.

1

# I. STATEMENT OF FACTS

1. On January 13, 2016 Affinity Health Care Management, Inc., Health Care Investors, Inc. d/b/a Alexandria Manor, Health Care Alliance, Inc. d/b/a Blair Manor, Health Care Assurance, LLC d/b/a/ Douglas Manor, and Health Care Reliance, L.L.C. d/b/a Ellis Manor (the "Debtors") filed voluntary petitions for relief under Chapter 11 of the Bankruptcy Code. Case Nos. 16-30043 through 16-30047, respectively. On January 15, 2016, the Court entered an order directing joint administration of the Debtors' cases under the lead case, Affinity Health Care Management, Inc., Case No. 16-30043. *See* Case No. 16-30043, ECF No. 20. Upon information and belief, the Debtors continue to operate the businesses and manage the affairs as debtors-in-possession pursuant to sections 1107 and 1108.

2. The United States Trustee is in the process of soliciting creditor interest in the formation of one or more Official Committee of Unsecured Creditors. The Section 341 Meeting of Creditors is scheduled for February 19, 2016.

3. The Debtors checked "Health Care Business" on the first page of the petitions. *See Id.* at ECF No. 1; s*ee also* Health Care Investors, Inc., Case No. 16-30044, ECF No. 1, Health Care Alliance, Inc., Case No. 16-30045, ECF No. 1, Health Care Assurance, LLC, Case No. 16-30046, ECF No. 1, and Health Care Reliance, LLC, Case No. 16-30047, ECF No. 1.

4. On January 19, 2016, the Debtors filed a motion requesting the court enter an order finding that pursuant to Bankruptcy Code sections 333(a)(1) and Bankruptcy Rule 2007.2(a), an ombudsman is unnecessary in the parent debtor, Affinity Health Care Management, Inc. *See* Case No. 16-30043 at ECF No. 40. Upon information and belief, Affinity Health Care Management, Inc. is a management company with no patients. *See Id*. at ECF 40, ¶¶ 3 and 29. Therefore, the United States Trustee has no objection to Debtors' motion.

5. Health Care Investors, Inc. d/b/a Alexandria Manor, Case No. 16-30044, owns and operates a 120 bed skilled nursing home. *See Id.* at ECF No. 6, ¶6.

6. Health Care Alliance, Inc. d/b/a Blair Manor, Case No. 16-30045, owns and operates a 120 bed skilled nursing home. *See Id.* at ECF No. 6, ¶7.

7. Health Care Assurance, L.L.C. d/b/a/ Douglas Manor, Case No. 16-30046, owns and operates a 90 bed skilled nursing home. *See Id.* at ECF No. 6, ¶8.

8. Health Care Reliance, L.L.C. d/b/a Ellis Manor, Case No. 16-30047, owns and operates a 105 bed skilled nursing home. *See Id.* at ECF No. 6, ¶9.

9. The Debtors, through counsel, advise that they have no objection to this motion.

## II. RELIEF REQUESTED

Section 333(a)(1) of the Bankruptcy Code provides:

> If the debtor ... is a health care business, the court shall order, not later than 30 days after the commencement of the case, the appointment of an ombudsman to monitor the quality of patient care and to represent the interests of the patients of the health care business unless the court finds that the appointment of such ombudsman is not necessary for the protection of patients under the specific facts of the case.

11 U.S.C. § 333(a)(1).

Section § 101(27A) defines a "health care business" as follows:

The term "health care business" —

> (A) means any public or private entity (without regard to whether that entity is organized for profit or not for profit) that is primarily engaged in offering to the general public facilities and services for—
>
> > (i) the diagnosis or treatment of injury, deformity, or disease; and
> >
> > (ii) surgical, drug treatment, psychiatric, or obstetric care; and

3

    (B) includes—

        (i) any—

            (I) general or specialized hospital;

            (II) ancillary ambulatory, emergency, or surgical treatment facility;

            (III) hospice;

            (IV) home health agency; and

            (V) other health care institution that is similar to an entity referred to in subclauses (I), (II), (III), or (IV); and

        (ii) any long-term care facility, including any—

            (I) skilled nursing facility;

            (II) intermediate care facility;

            (III) assisted living facility;

            (IV) home for the aged;

            (V) domiciliary care facility; and

            (VI) health care institution that is related to a facility referred to in subclauses (I), (II), (III), (IV), or (V), if that institution is primarily engaged in offering room, board, laundry, or personal assistance with activities of daily living and incidentals to activities of daily living.

11 U.S.C. § 101(27A).

    Health Care Investors, Inc., Health Care Alliance, Inc., Health Care Assurance, L.L.C., and Health Care Reliance, L.L.C. each operate a skilled nursing home. *See* Case No. 16-30043 at ECF No. 6, ¶¶ 6-9. In addition, each has acknowledged that they are health care businesses as evidenced by their checking the "Health Care Business" box on the bankruptcy petitions. Accordingly, the Debtors are health care businesses as defined under 11 U.S.C. § 101(27A).

As health care businesses, the Court is required to order the appointment of an Ombudsman no later than 30 days after the commencement of these cases. 11 U.S.C. § 333.  The United States Trustee is requesting entry of this order so that he may appoint an Ombudsman to ensure that the rights of the Debtors' patients and nursing home residents are protected and are being served in a medically appropriate manner during the pendency of these cases.

Accordingly, the United States Trustee respectfully requests that the Court enter an order directing the United States Trustee to appoint a patient care ombudsman pursuant to 11 U.S.C. § 333 in Health Care Investors, Inc. (Case No. 16-30044), Health Care Alliance, Inc. (Case No. 16-30045), Health Care Assurance, LLC, (Case No. 16-30046), and Health Care Reliance, LLC, (Case No. 16-30047), and grant such other relief as is just and proper.

Dated:  January19, 2016
       New Haven, Connecticut

Respectfully submitted,

WILLIAM K. HARRINGTON
UNITED STATES TRUSTEE FOR REGION 2

By: /s/ Kim L. McCabe
Kim L. McCabe / ct23661
Assistant United States Trustee
150 Court Street, Suite 302
New Haven, Connecticut 06510
Telephone: 203.773.2210
Facsimile: 203.773.2217
kim.mccabe@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on January 19, 2016, a copy of the foregoing United States Trustee's Appointment of Patient Care Ombudsman was electronically served on the Debtors' proposed counsel and all other parties that are entitled to receive documents filed in this case through the electronic case filing system maintained by this Court.

By: */s/ Kim L. McCabe*
Kim L. McCabe / ct23661
Assistant United States Trustee
150 Court Street, Suite 302
New Haven, Connecticut 06510
Telephone: 203.773.2210
Facsimile: 203.773.2217
kim.mccabe@usdoj.gov